**The below described is DENIED.**

**Dated: December 15, 2010**

*R. Kimball Mosier* (signature)

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

Douglas R. Short (#5344)
~~Reef R. Pace (#13088)~~
BANKRUPTCY CENTER OF UTAH
177 East Fort Union Blvd.
Midvale, Utah 84047
Telephone: (801) 255-1999
Facsimile: (801) 255-1990

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
STATE OF UTAH

| In Re: | |
|---|---|
| DUSTIN L WILCOX. | Case No. 10-32828 |
| Debtor. | Chapter 13 ***Filed Electronically*** |
| | Judge R. Kimball Mosier |

ORDER VACATING NOTICE OF DISMISSAL

Based upon the Debtor's Motion to Vacate Notice of Dismissal, and good cause appearing, it is hereby order that

Inasmuch as Debtor did in fact list his creditors in the Schedules filed October 1, 2010, which was within 45 days of the filing of the petition, he did comply with Section 521(a)(1)(A) such that the case was not automatically dismissed by virtue of Section 521(i)(1).

1

Filed: 11/08/10

Therefore, the notice of dismissal entered November 2, 2010 is hereby vacated.

Dated this \_\_\_\_ day of November, 2010.

BY THE COURT

_____
Judge R. Kimball Mosier

ORDER DENIED